1  **ERICA K. ZUNKEL**
   California State Bar No. 229285
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   (619) 234-8467/Fax: (619) 687-2666
4  E-Mail: erica_zunkel@fd.org

5  Attorneys for Pedro Mendoza-Vera

8             UNITED STATES DISTRICT COURT

9             SOUTHERN DISTRICT OF CALIFORNIA

10                 **(HONORABLE CATHY ANN BENCIVENGO)**

11 | UNITED STATES OF AMERICA,      )  Case No. 07MJ2995
                                    )
12 |           Plaintiff,            )
                                    )
13 | v.                              )  **CERTIFICATE OF SERVICE**
                                    )
14 | PEDRO MENDOZA-VERA,             )
                                    )
15 |           Defendant.            )
   |_____)

17      Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her

18 information and belief, and that a copy of the foregoing document has been served this day upon:

19                         U.S. Attorney CR
                        Efile.dkt.gc2@usdoj.gov

21                              Respectfully submitted,

23 DATED:       January 8, 2008            /s/ Erica K. Zunkel
                                           **ERICA K. ZUNKEL**
24                                         Federal Defenders of San Diego, Inc.
                                           Attorneys for Pedro Mendoza-Vera