AO 455 (Rev. 5/85)   Waiver of Indictment

FILED
JAN 2 4 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# United States District Court

SOUTHERN **DISTRICT OF** CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>Pedro Mendoza-Vera | **WAIVER OF INDICTMENT**<br><br>CASE NUMBER: 08CR0215-LAB |

I, **Pedro Mendoza-Vera**, the above named defendant, who is accused of

**8 USC § 1325 (illegal entry - misdemeanor) and**
**8 USC § 1325 (illegal entry - felony)**

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on **1/24/2008** (Date) prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer